**Electronically Filed
Supreme Court
SCAD-25-0000205
03-OCT-2025
04:57 PM
Dkt. 19 OT**

SCAD-25-0000205

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

DONNA Y.L. LEONG (BAR NO. 3226),
Respondent.

_____

ORIGINAL PROCEEDING
(ODC Case No. 19-0023)

WITHDRAWAL OF CONCURRENCE OF McKENNA, J.,
IN WHICH EDDINS, J., JOINED

I apologize for misinterpreting the factual basis for the criminal offense underlying this disciplinary proceeding. The Concurrence of McKenna, J., in which Eddins, J., joined, filed on September 30, 2025, is hereby withdrawn.

DATED: Honolulu, Hawai'i, October 3, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

